Law Offices of
**MICHAEL W. CARMEL, LTD.**
80 East Columbus Avenue
Phoenix, Arizona 85012-2334
(602) 264-4965
ARIZONA STATE BAR NO. 007356
Facsimile (602) 277-0144
e-mail michael@mcarmellaw.com

Proposed Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> BF CONSULTING, L.L.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 2:06-bk-1792-RTB |
| In re: <br><br> OLD PUEBLO SOUNDS, L.L.C., <br><br> Debtor. | Case No. 2:06-bk-1793-SSC |
| In re: <br><br> HAWTHORNE DEVELOPMENT, L.L.C., <br><br> Debtor. | Case No. 2:06-bk-1794-RTB |
| In re: <br><br> CITY LIMITS, INC., <br><br> Debtor. | Case No. 2:06-bk-1795-RTB |
| In re: <br><br> CORPORATE AND LEISURE EVENT PRODUCTIONS, INC., <br><br> Debtor. | Case No. 2:06-bk-1797-RJH <br><br> **MOTION FOR (1) JOINT ADMINISTRATION AND (2) TRANSFER OF ASSIGNMENT TO JUDGE HAINES** <br><br> **Date of Hearing: Not Yet Set** <br> **Time of Hearing: Not Yet Set** <br> **Location: Courtroom 703** |

BF Consulting, L.L.C., Old Pueblo Sounds, L.L.C., Hawthorne Development, L.L.C., City Limits, Inc., and Corporate and Leisure Event Productions, Inc., Debtors and Debtors-in-Possession in the above-captioned matters ("Debtors"), through counsel, hereby requests entry of an Order authorizing the joint administration of their respective bankruptcy cases.

**Background**

1. On June, 16, 2006, BF Consulting, L.L.C. filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

2. On June 16, 2006, Old Pueblo Sounds, L.L.C. filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

3. On June 16, 2006, Hawthorne Development, L.L.C. filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

4. On June 16, 2006, City Limits, Inc. filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

5. On June 16, 2006, Corporate and Leisure Event Productions, Inc. filed its Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code.

6. Each of the Debtors is a Debtor-in-Possession pursuant to 11 U.S.C. §§ 1107(a) and 1108.

7. No trustee, examiner, or official committee has been appointed in any of the cases.

8. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). Venue is proper in this Court under 28 U.S.C. §§ 1408 and 1409. The statutory predicate for the relief requested herein are Sections 105 of the Bankruptcy Code and Rule 1015(b), Federal Rules of Bankruptcy Procedure.

**Relief Requested**

**Joint Administration**

9. This Motion has been filed in the lowest numbered case (BF Consulting), with a copy sent to the Bankruptcy Judge in each of the other bankruptcy cases. By this Motion, the Debtors seek an Order

1 of the Court establishing the joint administration for procedural purposes of these affiliated cases.

2     10. The joint administration of the cases will prevent the imposition of unnecessary costs and the duplication of proceedings before the Court. It is appropriate and necessary to save Court time, attorney time, and attendant costs of multiple matters in each case that the Debtors' cases be treated as a single case solely for administrative purposes pursuant to Rule 1015(b).

    11. The Debtors propose to use the caption below for the jointly administered cases:

```
In re                                    )   Chapter 11
                                         )
BF CONSULTING, L.L.C.,                   )   Case No. 2:06-bk-1792-RTB
                                         )   Case No. 2:06-bk-1793-SSC
                                         )   Case No. 2:06-bk-1794-RTB
              Debtor.                    )   Case No. 2:06-bk-1795-RTB
                                         )   Case No. 2:06-bk-1797-RJH
_____)
This filing applies to:                  )
                                         )   [TITLE]
_____      All Debtors                 )
                                         )   Hearing Date:
                                         )   Hearing Time:
_____      Specified Debtors           )   Location:    Courtroom _____
                                         )               230 N. First Avenue
                                         )               Phoenix, AZ 85003
_____)
```

Once jointly administered, the Debtors propose that all pleadings be filed in the lowest-numbered case, the BF Consulting case, except for proofs of claim and interest which should be filed in the case to which such proofs are related.

The initial request for joint administration be that the Motion for Joint Administration be heard by Chief Judge Baum, the Bankruptcy Judge in the lowest-numbered case.

However, there are a series of companion cases currently pending before the Honorable Randolph J. Haines. Those cases are numbers: 06-1701, 06-1702, 06-1718, 06-1741, 06-1743, 06-1744, and 06-1758. These Debtors believe it would be most efficient for all these cases to be heard by one judge, and 06-1701, *In re Global Grounds Greenery, L.L.C.*, is assigned to Judge Haines.

///

///

1     WHEREFORE, for the reasons set forth above, the Debtors respectfully request entry of an Order authorizing joint administration of the Debtors' cases, and transfer of the assignment of these cases to Judge Haines, and for such other relief as is just in the circumstances.

    DATED this 21st day of June 2006.

MICHAEL W. CARMEL, LTD.

/s/   Carmel, M.W.  (007356)
Michael W. Carmel
80 East Columbus Avenue
Phoenix, AZ 85012-2334
Proposed Attorney for Debtors and Debtors-in-Possession

COPY of the foregoing mailed this 21st day of June 2006 to:

Robert J. Miller, Esq.
BRYAN CAVE LLP
Two N. Central Avenue, 22nd Floor
Phoenix, AZ 85004-4406

Trudy A. Nowak, Esq.
ANDERSON & NOWAK, PLC
2211 East Highland, Suite 211
Phoenix, Arizona 85016

Larry Watson
Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003-1706

C. Taylor Ashworth, Esq.
Stinson Morrison Hecker LLP
1850 N. Central Avenue
Suite 2100
Phoenix, Arizona 85004-4584

By /s/ Nancy G. Forty